# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Michael Brown, Jr., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>J&W Grading, Inc., et al.,<br><br>Defendants. | Civil No. 18-01263(GMM) |

### JUDGMENT

On September 25, 2024, Plaintiffs and Intervening Plaintiffs together with co-defendants Synergy LLC, Ivelisse Estrada Rivero, Jonathan Kotthoff, Carol Leese and ECO IQ LLC (ECO), filed *Joint Motion for Voluntary Dism[i]ssal and to Restrict this Filing* requesting the dismissal of this case pursuant to Federal Rule of Civil Procedure 41. (Docket No. 697)

In accordance with the Order entered today at Docket No. 698, judgment is entered DISMISSING WITH PREJUDICE all claims brought against these named Defendants. The Court shall retain jurisdiction to enforce the terms and conditions set forth in the Settlement Agreement included in the *Memorandum by All Parties* filed at Docket No. 682.

There being to outstanding claims pending before the Court, the case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this September 25, 2024.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE